UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:11cr373-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>(8) HESHAM ABDUL RAHMAN )<br>_____) | **PRELIMINARY<br>ORDER OF FORFEITURE<br>OF SUBSTITUTE RES** |

THIS MATTER is before the Court on the Government's Motion for Preliminary Order of Forfeiture of Substitute *Res*.

THE COURT FINDS AS FOLLOWS:

On September 19, 2012 after a Defendant pled guilty to Count Eighteen in the Bill of Indictment and was adjudged guilty of the offense set forth in that count, this Court entered a Consent Order and Judgment of Forfeiture against, among other assets, real property located at 1837 Parson Street, Charlotte, North Carolina, as described in a deed recorded at Book 25825, at Page 704, in the Mecklenburg County Public Registry. The Government and counsel for Defendant have proposed to this Court that $16,000.00 should be forfeited to the Government as a substitute *res* for the property.

WHEREFORE, FOR THE REASONS SET FORTH IN THE MOTION FOR
PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE RES, THE COURT
ORDERS AS FOLLOWS:

The Government shall retain the $16,000.00 in funds, which is forfeited as a substitute *res* for the real property. Upon entry of an order the Government shall record a release of lis

pendens referencing the real property at 1837 Parson Street. None of the other assets forfeited in this case shall be affected by this settlement.

Signed: April 30, 2014

Frank D. Whitney
Chief United States District Judge